FILED
July 24, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAULE MOSHKANOVA,

Defendant.

Case No. 2:26-mj-00112-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release SAULE MOSHKANOVA, Case No. 2:26-mj-00112-AC, Charge 18 USC § 1349, from custody for the following reasons:

X Release on Personal Recognizance

___ Bail Posted in the Sum of $ ___

___ Unsecured Appearance Bond $ ___

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

___ (Other):

___ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on July 24, 2026 at 3:00 PM.

By: [signature]

Magistrate Judge Allison Claire